*Filed in open court 6/15/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-62M |
| | ) | |
| DION BERNARD | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

**MOTION TO UNSEAL FILE**

Now comes the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney for the District of Delaware, and respectfully requests that the Court unseal the entire contents of the file in this matter, including the warrant for the Defendant's arrest.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Leonard P. Stark
Assistant United States Attorney

It is so ordered this ___15___ day of ___June___ 2006.

_____
Honorable Mary Pat Thynge
United States Magistrate Court Judge