UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   : | |
| Plaintiff,   : | |
| v.   : | Criminal Action No. 06-62M-MPT |
| DION BARNARD,   : | |
| Defendant.   : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Dion Barnard, in the above-captioned matter.

/s/ Penny Marshall
PENNY MARSHALL, ESQUIRE

/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  June 16, 2006

## **CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Dion Barnard hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on June 16, 2006, to:

Shannon Thee Hanson, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE  19801


  /s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  June 16, 2006