AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

DION L. BARNARD

~~Sealed~~

Unsealed
6/15/06

WARRANT FOR ARREST

CASE NUMBER: 06- 62 M

REDACTED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Dion L. Barnard, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging him with (brief description of offense)

distribution of fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base

in violation of Title _21_ United States Code, Section (s) _841(a)(1) and (b)(1)(A)_.

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

April 28, 2006   Wilmington, Delaware
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/14/06 | S/A Eric Miller | [signature] Eric Miller |

AO 442 (Rev. 12/85) Warrant for Arrest